# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| NEAL TECHNOLOGIES, INC. d/b/a § <br> BULLET PROOF DIESEL, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> LARSON ELECTRONICS, LLC and § <br> ROBERT BRESNAHAN, § <br> § <br> Defendants. § | Civil No. 3:20-cv-00611-M |

## ORDER

Before the Court is the Joint Motion for Order of Dismissal (ECF No. 33), filed by Plaintiff Neal Technologies, Inc. d/b/a Bullet Proof Diesel and Defendants Larson Electronics, LLC and Robert Bresnahan.  The Joint Motion is GRANTED.

IT IS ORDERED that this action is dismissed in its entirety, including dismissal of all of Plaintiff's claims against Defendants with prejudice and Defendants' counterclaims against Plaintiff without prejudice.  Each party shall bear its or his own attorneys' fees and costs.

**SO ORDERED.**

August 24, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE